

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2025

No. 04-24-00482-CV

Ramiro G. **MELENDREZ** and Alicia Melendrez,
Appellants

v.

**BEXAR COUNTY TAX ASSESSOR-COLLECTOR**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-23328
Honorable Benjamin Robertson, Judge Presiding

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with the court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

It is so **ORDERED** on June 4, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court